**Appeal Reinstated; Memorandum Opinion filed December 17, 2020 Withdrawn; and Order filed February 9, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00677-CV**

_____

**JAMES LEGGETT, Appellant**

**V.**

**THE BRIXTON D/B/A THE BRIXTON APARTMENTS, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1153613**

## ORDER

On December 17, 2020, we dismissed this appeal because appellant, a vexatious litigant, had not obtained an order from the administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103. On January 25, 2021, a supplemental clerk's record was filed containing an order signed by the administrative judge on January 15, 2021 permitting appellant to file this appeal.

On our own motion, we grant rehearing, reinstate the appeal, withdraw our December 17, 2020 opinion, and vacate our judgment of the same date. **Appellant's brief is due within 30 days of this order.**

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.